**No. D-2527. In the Matter of Disbarment of Robert Alan Heghmann.**

563 U.S. 1006, 131 S. Ct. 2927, 179 L. Ed. 2d 1265, 2011 U.S. LEXIS 3890.

May 23, 2011. Disbarment entered.

Former order, 562 U.S. 812, 131 S. Ct. 403, 178 L. Ed. 2d 267, 2010 U.S. LEXIS 7501.